IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30322
Summary Calendar
_____


PAUL BROWN,

                                        Plaintiff-Appellant,

versus

U.S. DISTRICT COURT, Western District of Louisiana,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1927
--------------------
August 1, 2002

Before JOLLY, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Paul Brown ("Brown"), federal inmate #08514-035, appeals the
district court's dismissal of his civil rights suit filed
pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of
Narcotics, 403 U.S. 388 (1971).

     Brown's "petition for en banc hearing" is DENIED.

     Brown argues that his conviction violates Apprendi v. New
Jersey, 530 U.S. 466 (2000), and that the district court judge is

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

not entitled to absolute immunity because under <u>Apprendi</u> the court lacked jurisdiction to convict him.

Because Brown is challenging his conviction and is exclusively seeking to be released from prison, his claim is not cognizable in a <u>Bivens</u> action.  See <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 499-500 (1973); <u>Spina v. Aaron</u>, 821 F.2d 1126, 1127-28 (5th Cir. 1987).  Accordingly, the district court did not err in dismissing his complaint.

Brown's appeal is without arguable merit and is dismissed as frivolous.  See <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.